UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROLANDO DIAZ REYES, HECTOR IVAN BURGOS, JOSE A. GARCIA MARRERO, KIDANNY JOSUE MARTINEZ REYES, AND EDWIN COSME COLON as individuals and on behalf of all other similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>W. D. HENRY & SONS, INC., HENRY REALTY ASSOCIATES, INC., DANIEL HENRY, and MARK C. HENRY<br><br>Defendants. | **NOTICE OF REQUEST TO FILE DOCUMENT UNDER SEAL PURSUANT TO LOCAL RULE 5.3**<br><br>**Civil Action No.** 1:18-cv-1017-EAW |

**PLEASE TAKE NOTICE:**

**Joint Motion By**: Plaintiffs and Defendants (the "Parties").

**Hearing:** At a date, place, and time to be determined by the Court, if deemed necessary.

**Relief Requested:** An order granting the Parties' request to approve their application to seal the Stipulation and Agreement of Settlement ("Agreement") submitted to resolve this action.

**Supporting Papers:** Supporting papers submitted to the court in accordance with Local Rule 5.3, via delivery. Include Joint Memorandum of Law in Support of Parties' Request to File Document Under Seal Pursuant to Local Rule 5.3 and Affidavit of John Marsella dated September 25, 2019.

Dated: September 25, 2019.

                                          **Respectfully Submitted:**

                                          <u>/s/ John Marsella</u>
                                          John A. Marsella, Esq.
                                          Worker Justice Center of New York, Inc.
                                          1187 Culver Road
                                          Rochester, New York 14609
                                          (585) 325-3050
                                          jmarsella@wjcny.org
                                          *Attorneys for Plaintiffs*